UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PATRICK ANTHONY RIBBING,**

    **Plaintiff,**

v.                                                                        Case No. 3:20cv1413-TKW-MJF

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 12). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to respond to court orders[1] and failure to prosecute.[2]

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

---

[1] The orders with which Plaintiff failed to comply were mailed to Plaintiff at his address of record, but they were returned as undeliverable. *See* Docs. 7, 8, 13.

[2] Plaintiff's failure to keep the Court apprised of his current address reflects an abandonment of the case and a failure to prosecute.

**DONE and ORDERED** this 20th day of April, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**